UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ADA ALICEA, on behalf of herself
and all others similarly situated,

Docket No. 07 Civ. 6123

Plaintiffs,

-against-

**NOTICE OF APPEARANCE**

CIRCUIT CITY STORES, INC.,

Defendants.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that Jeffrey I. Carton, of Meiselman, Denlea, Packman, Carton & Eberz P.C., hereby appears on behalf of plaintiffs, in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Jeffrey I. Carton, Meiselman, Denlea, Packman, Carton & Eberz P.C., 1311 Mamaroneck Avenue, White Plains, New York 10605.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:   White Plains, New York
         July 27, 2007

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

By: _____
    Jeffrey I. Carton (JC8296)
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
Fax: (914) 517-5055
Jcarton@mdpcelaw.com
Attorneys for Plaintiffs