Jeffrey I. Carton
Jerome Noll
John B. Dawson
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADA ALICEA, on behalf of herself
and all others similarly situated,                                  07 Civ. 6123(DC)

                        Plaintiff,

      -against-

CIRCUIT CITY STORES, INC.,

                        Defendant
-----------------------------------------------------------------X

### (PROPOSED) ORDER GRANTING MOTION FOR REMAND
### AND AWARDING PLAINTIFF COSTS AND ATTORNEYS' FEES

Plaintiff Ada Alicea having moved this Court, pursuant to 28 U.S.C § 1447(c), for an Order remanding this case to the Supreme Court of the State of New York, County or Bronx, and awarding plaintiff her just costs and actual expenses including attorneys' fees incurred as a result of the removal of this action to this court, the amount of such costs and attorneys' fees to be determined following the plaintiff's counsel's submission of an affidavit setting forth the costs and fees incurred, which affidavit plaintiff's counsel is directed to submit within 15 days of the date of this Order, and

The Court having considered the moving papers and any opposition thereto and for good cause shown;

It is therefore on this         day of August 2007,

ORDERED that this case be and hereby is remanded to the Supreme Court of the State of New York, County of Bronx, and that plaintiff be and hereby is awarded costs and fees in an amount to be determined

_____
Hon. Denny Chin

00197183.WPD