## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing NOTICE OF MOTION TO REMAND, AFFIDAVIT OF JOHN B. DAWSON, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR REMAND AND PROPOSED ORDER, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Matthew G. Parisi
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601

Turner A. Broughton
Calvin W. Fowler
Williams Mullen
A Professional Corporation
Two James Center
1021 East Cary Street (23219)
P.O. Box 1320
Richmond, VA 23218-1320

/s/ Jeffrey I. Carton
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (JIC-513238)
Jerome Noll (JN-7542)
John B. Dawson (JD-2709)
Attorneys for Plaintiff
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
jdawson@mdpcelaw.com