## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing NOTICE OF MOTION TO REMAND, AFFIDAVIT OF JOHN B. DAWSON, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR REMAND AND PROPOSED ORDER, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the foregoing NOTICE OF MOTION TO REMAND, AFFIDAVIT OF JOHN B. DAWSON, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR REMAND AND PROPOSED ORDER by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

| | |
|---|---|
| Matthew G. Parisi<br>Bleakley Platt & Schmidt, LLP<br>One North Lexington Avenue<br>White Plains, New York 10601 | Turner A. Broughton<br>Calvin W. Fowler<br>Williams Mullen<br>A Professional Corporation<br>Two James Center<br>1021 East Cary Street (23219)<br>P.O. Box 1320<br>Richmond, VA 23218-1320 |

/s/ Jeffrey I. Carton
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (JIC-513238)
Jerome Noll (JN-7542)
John B. Dawson (JD-2709)
Attorneys for Plaintiff
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
jcarton@mdpcelaw.com