UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ADA ALICEA, on behalf of herself
and all others similarly situated,

                Docket No. 07 Civ. 6123

                Plaintiffs,

-against-                        **NOTICE OF APPEARANCE**

CIRCUIT CITY STORES, INC.,

                Defendants.
----------------------------------------------------------------x

    PLEASE TAKE NOTICE that John B. Dawson, of Meiselman, Denlea, Packman, Carton & Eberz P.C., hereby appears on behalf of plaintiffs, in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon John B. Dawson, Meiselman, Denlea, Packman, Carton & Eberz P.C., 1311 Mamaroneck Avenue, White Plains, New York 10605.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:    White Plains, New York
              July 30, 2007

                                        MEISELMAN, DENLEA, PACKMAN,
                                        CARTON & EBERZ P.C.

                                        By: _____
                                            John B. Dawson (JD 2709)
                                        1311 Mamaroneck Avenue
                                        White Plains, NY 10605
                                        Tel: (914) 517-5000
                                        Fax: (914) 517-5055
                                        Jdawson@mdpcelaw.com
                                        Attorneys for Plaintiffs