## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing redacted REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND by depositing true and correct unredacted copies thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery addressed to the last known address of each addressee as indicated below:

| | |
|---|---|
| Matthew G. Parisi<br>Bleakley Platt & Schmidt, LLP<br>One North Lexington Avenue<br>White Plains, New York 10601 | Turner A. Broughton<br>Williams Mullen<br>A Professional Corporation<br>Two James Center<br>1021 East Cary Street (23219)<br>P.O. Box 1320<br>Richmond, VA 23218-1320 |

/s/ John B. Dawson
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (JIC-513238)
Jerome Noll (JN-7542)
John B. Dawson (JD-2709)
Attorneys for Plaintiff
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
jdawson@mdpcelaw.com