MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

Attorneys at Law

1311 MAMARONECK AVENUE, WHITE PLAINS, NY 10605
TEL: (914) 517-5000  |  FAX: (914) 517-5055

**MEMO ENDORSED**

COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2007

RECEIVED
AUG 2 2007
CHAMBERS

August 27, 2007

**VIA FEDERAL EXPRESS**

Hon. Denny Chin
U.S. District Judge
U.S. Courthouse, Room 1020
500 Pearl Street
New York, NY 10007-1312

Re:   Alicea v. Circuit City Stores, Inc.
      07 Civ. 06123
      Our File No.: 14757

Dear Judge Chin:

Pursuant to Your Honor's Individual Practices, enclosed is a courtesy copy of Plaintiff Ada Alicea's Reply Memorandum of Law in Support of Plaintiff's Motion For Remand (the "Reply Memorandum").

We are electronically filing a redacted version of the Reply Memorandum because Defendant designated as "CONFIDENTIAL" certain financial information regarding the amount of restocking fees collected by Defendant in the state of New York. The courtesy copy we are supplying to Your Honor and to Defendant, however, is not redacted, but has been stamped "Confidential."

Finally, in light of Defendant's failure to carry its burden of demonstrating the amount in controversy (as Mr. Broughton suggested his client would be able to do), we respectfully renew our request that the briefing schedule on Defendant's motion to dismiss be suspended until after the Court has ruled upon the instant motion. If the Court wishes to hear oral argument on the motion, we are available at the Court's earliest convenience.

Thank you for the Court's anticipated consideration.

Respectfully submitted,

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

John B. Dawson

JBD/ht
Enclosure
cc:   Turner Broughton, Esq. (By Federal Express)
      Matthew Parisi, Esq. (By Federal Express)

00198159.WPD

*[Handwritten endorsement:]* The renewed request for suspension of the briefing schedule on defendant's motion to dismiss is DENIED. SO ORDERED.

USDJ 8/30/07