SCANNED

SEP 07 2007

#C. 626307 825—

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADA ALICEA, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.

CIRCUIT CITY STORES, INC.,

        Defendant.

Case No. 07 Civ. 6123

ECF CASE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2007
```

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew G. Parisi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Calvin W. Fowler, Jr.
    Firm Name:    Williams Mullen
    Address:    1021 East Cary Street, P. O. Box 1320
    City/State/Zip:    Richmond, VA 23218-1320
    Phone Number:    804-783-6442
    Fax Number:    804-783-6507

Calvin W. Fowler, Jr. is a member in good standing of the Bar of the States of Virginia.

There are no pending disciplinary proceeding against Calvin W. Fowler, Jr. in any State or Federal Court.

Dated:    September 5, 2007
City, State:    White Plains, New York

Respectfully submitted,

Matthew G. Parisi (MGP-2188)
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
Phone Number: 914-949-2700
Fax Number: 914-683-6956

Motion GRANTED.

USDJ

9/13/07