SCANNED

Received

SEP 07 2007

IC 626307 $25-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADA ALICEA, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.

CIRCUIT CITY STORES, INC.,

        Defendant.

---

Case No. 07 Civ. 6123 (DC)

ECF CASE

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew G. Parisi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Turner A. Broughton |
| Firm Name: | Williams Mullen |
| Address: | 1021 East Cary Street, P. O. Box 1320 |
| City/State/Zip: | Richmond, VA 23218-1320 |
| Phone Number: | 804-783-6926 |
| Fax Number: | 804-783-6507 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2007

Turner A. Broughton is a member in good standing of the Bar of the States of Virginia.

There are no pending disciplinary proceeding against Turner A. Broughton in any State or Federal Court.

Dated: September 5, 2007
City, State: White Plains, New York

Respectfully submitted,

Matthew G. Parisi (MGP-2188)
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plaints, New York 10601
Phone Number: 914-949-2700
Fax Number: 914-683-6956

Motion GRANTED.
SO ORDERED.

9/13/07