# MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

Attorneys at Law

1311 MAMARONECK AVENUE, WHITE PLAINS, NY 10605
TEL: (914)517-5000 | FAX: (914)517-5055

# MEMO ENDORSED

November 7, 2007



**VIA FACSIMILE 212-805-7906**

Hon. Denny Chin
U.S. District Judge
U.S. Courthouse, Room 1020
500 Pearl Street
New York, NY 10007-1312

Re:   Alicea v. Circuit City Stores, Inc.
07 Civ. 06123
Our File No.: 14757

Dear Judge Chin:

We represent plaintiff Ada Alicea ("Plaintiff") and a putative class of New York consumers in the above-captioned action.

At the request of defendant Circuit City Stores, Inc., Plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion for Remand, dated and electronically filed on August 27, 2007, was redacted of certain proprietary and confidential information. Concurrent with the electronic filing, a courtesy copy of the redacted Reply was sent to Chambers, along with a copy of the underlined unredacted Reply.

In order to ensure completeness of the record of this litigation, however, we seek the Court's permission and instruction to properly file the unredacted version of Plaintiff's Reply Memorandum with the Court.

Thank you for the Court's attention to this matter.

Very truly yours,

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

John B. Dawson

JBD/clr
cc:   Matthew G. Parisi, Esq. (Via Facsimile)
Calvin W. Fowler, Jr., Esq. (Via Facsimile)

*[Handwritten annotation:]* Approved. The unredacted Reply Memo shall be filed under seal. SO ORDERED. 11/14/07

00200705.WPD