**MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.**
Attorneys At Law
1311 Mamaroneck Avenue
White Plains, New York 10605

Tax ID # 11-3613138

Telephone # (914) 517-5000

ADA ALICEA
2685 UNIVERSITY AVENUE
BRONX, NY 10468

Feb 12/08

RE:   ALICEA/CIRCUIT CITY

   File #:   14757-CONT
   Inv #:    47764

| DATE | | DESCRIPTION | HOURS |
|---|---|---|---|
| Jul-02-07 | JBD | CONFERENCE WITH J. CARTON, J. NOLL REGARDING BACKGROUND OF CASE; COMMUNICATIONS WITH J. NOLL REGARDING RELEVANT CASE LAW. | 0.40 |
| | JIC | CONFERENCE WITH J. DAWSON RE: REMOVAL PAPERS; | 1.00 |
| | JZN | RECEIPT AND REVIEW NOTICE OF REMOVAL; REVIEW 28 USC 1446; MEETING WITH J. CARTON AND J. DAWSON RE: MOTION TO REMAND; MEETING WITH M. BERG RE: SAME; | 1.50 |
| Jul-03-07 | JZN | MEETING WITH J. DAWSON RE: CASES DECIDED PURSUANT TO 1446; RESEARCH CASELAW RE: REMOVAL AND REMAND | 1.00 |
| Jul-05-07 | JBD | RESEARCH CASE LAW FOR MOTION TO REMAND. | 3.00 |
| Jul-06-07 | JBD | CONDUCT RESEARCH FOR MOTION FOR REMAND; REVIEW LETTER FROM M. PARISI RE: MOTION TO DISMISS; COMMUNICATIONS WITH J. CARTON, J. NOLL REGARDING SAME; DRAFT LETTER TO JUDGE CHIN RE: MOTION FOR REMAND, MOTION TO DISMISS. | 4.00 |
| | JZN | RECEIPT AND REVIEW DEFENDANT'S COUNSEL LETTER TO COURT RE: PERMISSION TO FILE MOTION TO DISMISS; | 0.50 |
| Jul-07-07 | JBD | RESEARCH CAFA CASES; DRAFT LETTER TO JUDGE CHIN REGARDING REQUEST FOR PRE-MOTION CONFERENCE FOR FILING OF MOTION FOR REMAND. | 2.00 |
| Jul-08-07 | JBD | RESEARCH INTERPLAY BETWEEN REMOVAL STATUTE AND CAFA; EDIT LETTER TO JUDGE CHIN REQUESTING PRE-TRIAL CONFERENCE FOR MOTION FOR REMAND; | 4.00 |

|  |  |  |  |
|---|---|---|---:|
|  |  | COMMUNICATIONS WITH J. CARTON, J. NOLL REGARDING SAME. |  |
|  | JZN | RECEIPT AND REVIEW PLAINTIFF'S DRAFT LETTER TO COURT RE: DEFENDANT'S REQUEST TO FILE MOTION TO DISMISS AND PLAINTIFF'S REQUEST TO FILE MOTION TO REMAND | 1.00 |
| Jul-09-07 | JBD | COMMUNICATIONS WITH J. CARTON REGARDING LETTER TO JUDGE CHIN; DRAFT MOTION FOR REMAND. | 5.00 |
|  | JIC | REVIEW/EDIT LETTER TO JUDGE CHIN; CONFERENCE WITH J.DAWSON RE: SAME; | 1.50 |
|  | JZN | MEETINGS WITH J. CARTON AND J. DAWSON RE: LETTER TO COURT RELATED TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND | 1.00 |
| Jul-10-07 | JBD | DRAFT MOTION FOR REMAND; RESEARCH RECOVERY OF ATTORNEYS' FEES UNDER 1447. | 5.00 |
| Jul-11-07 | JBD | RESEARCH RECOVERY OF ATTORNEYS' FEES ON MOTION FOR REMAND; DRAFT MOTION FOR REMAND, AFFIDAVIT OF J. DAWSON. | 5.00 |
| Jul-12-07 | JBD | DRAFT MOTION FOR REMAND, AFFIDAVIT OF J. DAWSON; RESEARCH RECOVERY OF ATTORNEYS' FEES. | 4.00 |
| Jul-13-07 | JBD | EDIT MOTION FOR REMAND; RESEARCH CASES REGARDING STANDARD OF PROOF; COMMUNICATIONS WITH J. CARTON REGARDING SAME. | 3.00 |
| Jul-17-07 | JBD | TELEPHONE CALL WITH JUDGE CHIN'S CLERK CONFIRMING RECEIPT OF LETTER REQUESTING CONFERENCE. | 0.30 |
| Jul-23-07 | JBD | TELEPHONE CALLS WITH JUDGE D. CHIN'S CLERK REGARDING DEADLINE FOR FILING MOTION FOR REMAND; REVIEW STATUTE, LOCAL RULES, JUDGE D. CHIN'S INDIVIDUAL PRACTICES; COMMUNICATIONS WITH J. CARTON REGARDING SAME; DRAFT LETTER TO JUDGE D. CHIN REGARDING FILING OF MOTION FOR REMAND. | 1.40 |
| Jul-24-07 | JBD | EDIT LETTER TO JUDGE D. CHIN; RESEARCH ISSUES ON REMOVAL. | 2.00 |
| Jul-25-07 | JIC | REVIEW/EDIT MEMORANDUM IN SUPPORT OF MOTION FOR REMAND; | 1.50 |
| Jul-26-07 | JBD | EDIT MOTION FOR REMAND; CITE CHECK LEGAL CITATIONS IN MEMORANDUM OF LAW; EDIT AFFIDAVIT OF J. DAWSON; ORGANIZE EXHIBITS; COMMUNICATIONS WITH J. CARTON REGARDING SAME. | 3.00 |
| Jul-27-07 | JBD | EDIT MEMORANDUM OF LAW, AFFIDAVIT OF J. DAWSON; DRAFT NOTICE OF MOTION, PROPOSED ORDER, CERTIFICATE OF SERVICE; COMMUNICATIONS WITH J. | 3.50 |

|  |  |  |  |
|---|---|---|---|
|  | AS | CARTON REGARDING SAME; ATTENTION TO ECF FILING AND SERVICE; REVIEW CORRESPONDENCE FROM M. PARISI REGARDING CONFERENCE WITH JUDGE CHIN. |  |
|  | AS | RECEIPT AND REVIEW CORRESPONDENCE FROM DEFENDANT RE: COURT CONFERENCE; DOCKET SAME;CONFERENCE WITH ATTORNEYS RE: E-FILING : REVIEW CASE DOCKET; PREPARE NOTICE OF APPEARANCE; E-FILE NOTICE OF APPEARANCE; E-FILE ATTORNEY'S MOTION, AFFIRMATION, MEMO OF LAW, EXHIBITS AND PROPOSED ORDER TO COURT; TELEPHONE CONFERENCE WITH COURT; | 1.50 |
| Jul-30-07 | JBD | DRAFT COVER LETTER TO JUDGE D. CHIN REGARDING COURTESY COPIES OF MOVING PAPERS. | 0.20 |
| Aug-08-07 | JBD | ATTENTION TO PRE-MOTION CONFERENCE WITH JUDGE CHIN; ORGANIZE FILE. | 2.00 |
| Aug-09-07 | JBD | ATTENTION TO PRE-MOTION CONFERENCE WITH JUDGE CHIN; COMMUNICATIONS WITH J. CARTON REGARDING SAME. | 1.50 |
|  | JIC | CONFERENCE WITH  J. DAWSON REGARDING STRATEGY AND APPROACH TO COURT CONFERENCE WITH JUDGE CHIN; | 0.50 |
| Aug-10-07 | JBD | TRAVEL TO COURT; ATTEND PRE-MOTION CONFERENCE; DRAFT MEMORANDUM TO FILE REGARDING SAME; COMMUNICATIONS WITH J. CARTON, J. NOLL REGARDING SAME. | 6.00 |
|  | JIC | CONFERENCE WITH J. DAWSON REGARDING CONFERENCE WITH JUDGE CHIN; | 0.50 |
| Aug-13-07 | JBD | COMMUNICATIONS WITH J. CARTON REGARDING CONFERENCE WITH JUDGE CHIN; REVIEW COMPLAINT; TELEPHONE CALL TO T. BROUGHTON. | 0.30 |
|  | JZN | RECEIPT AND REVIEW EMAIL CORRESPONDENCE FROM J. DAWSON RE: SUMMARY OF PRE-MOTION CONFERENCE; REVIEW CLASS ACTION COMPLAINT RE: PLEADING TREBLE DAMAGES; RESEARCH GBL 349, TREBLE DAMAGES AND CAFA JURISDICTIONAL THRESHOLD; MEETING WITH J. CARTON RE: SAME | 3.00 |
| Aug-17-07 | JBD | COMMUNICATIONS WITH T. BROUGHTON REGARDING CIRCUIT CITY DECLARATION, OPPOSITION PAPERS. | 0.50 |
| Aug-20-07 | JBD | COMMUNICATIONS WITH T. BROUGHTON REGARDING PROTECTIVE ORDER, SPREADSHEET TO BIGGS DECLARATION; REVIEW DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR REMAND, M. BIGGS DECLARATION; REVIEW CASES CITED BY DEFENDANT; COMMUNICATIONS WITH J. CARTON, J. NOLL REGARDING SAME. | 2.00 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| Aug-21-07 | JBD | RESEARCH PROHIBITION AGAINST RECOVERY OF TREBLE DAMAGES FOR VIOLATION OF NY GBL 349; RESEARCH APPLICABILITY OF POTENTIAL ATTORNEYS' FEES IN MEASURING AMOUNT IN CONTROVERSY; DRAFT OUTLINE OF REPLY MEMORANDUM. | 5.00 |
| | JZN | RECEIPT AND REVIEW OPPOSITION TO MOTION TO REMAND, INCLUDING DECLARATION RELATED TO AMOUNT OF RESTOCKING FEES COLLECTED; MEETINGS WITH J. DAWSON RE: SAME AND CASE STRATEGY | 3.00 |
| Aug-22-07 | JBD | DRAFT REPLY MEMORANDUM; COMMUNICATIONS WITH J. CARTON, T. BROUGHTON REGARDING EDITS TO PROTECTIVE ORDER. | 1.00 |
| Aug-24-07 | JBD | DRAFT REPLY MEMORANDUM; RESEARCH RECOVERY OF TREBLE DAMAGES; RESEARCH MEASURING COST OF COMPLIANCE WITH INJUNCTION; | 4.00 |
| Aug-25-07 | JBD | DRAFT REPLY MEMORANDUM. | 1.00 |
| Aug-27-07 | JBD | DRAFT REPLY MEMORANDUM, CERTIFICATE OF SERVICE, AND LETTER TO JUDGE CHIN; COMMUNICATIONS WITH J. CARTON REGARDING SAME; PREPARE REDACTIONS OF REPLY MEMORANDUM; OVERSEE ECF FILING AND FEDERAL EXPRESS SERVICE. | 3.00 |
| | JIC | REVIEW/EDIT REPLY BRIEF; CONFERENCE WITH J. DAWSON; | 1.50 |
| | AS | E-FILE MEMO OF LAW AND CERTIFICATE OF SERVICE; | 0.50 |
| Sep-05-07 | JBD | REVIEW SUR-REPLY LETTER FROM T. BROUGHTON REGARDING MOTION FOR REMAND; COMMUNICATIONS WITH J. CARTON REGARDING SAME; DRAFT AND FILE LETTER IN RESPONSE TO SUR-REPLY LETTER. | 3.00 |
| | JIC | REVIEW/EDIT LETTER TO JUDGE CHIN; | 0.50 |

| Lawyer/Para | Hours | Rate | Amount |
|---|---|---|---|
| JBD | 75.10 | $350.00 | $26,285.00 |
| JIC | 7.00 | $425.00 | $2,975.00 |
| JZN | 11.00 | $325.00 | $3,575.00 |
| AS | 2.00 | $75.00 | $150.00 |
| TOTAL | 95.10 | | $32,985.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Lexis, Westlaw | | $749.51 |
| Totals | | $749.51 |

| | |
|---|---|
| **Total of Current Charges** | $32,985.00 |
| **Total of Disbursements and Costs** | $749.51 |
| **Previous Outstanding Balance** | $0.00 |
| **Less Receipts** | $0.00 |
| **Less Retainer** | $0.00 |
| **Balance Due Now** | $33,734.51 |