## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I electronically filed the foregoing AFFIDAVIT OF JEFFREY I. CARTON in support of Plaintiff Ada Alicea's Motion For Attorneys' Fees and Costs, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the AFFIDAVIT OF JEFFREY I. CARTON by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery addressed to the last known address of each addressee as indicated below:

Matthew G. Parisi
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601

Turner A. Broughton
Williams Mullen
A Professional Corporation
Two James Center
1021 East Cary Street (23219)
P.O. Box 1320
Richmond, VA 23218-1320

/s/ John B. Dawson
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (JIC-513238)
Jerome Noll (JN-7542)
John B. Dawson (JD-2709)
Attorneys for Plaintiff
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
jdawson@mdpcelaw.com

00203865.WPD