Feb-22-08  10:38am  From-MDPCE PC                +914 917 8955           T-   P.004/008  F-877

```
USDC SDNY CHIN, 51
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ADA ALICEA, on Behalf of Herself
and all Others similarly situated,

                       Plaintiff,

  - against -

CIRCUIT CITY STORES, INC.

                       Defendant
------------------------------------------------------X

STIPULATION
AND ORDER

07 CIV 6123 (DC)

       IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the pending application for attorneys' fees and costs submitted by Plaintiff's counsel has been resolved to the satisfaction of both parties. Accordingly, there is no need for the Court to rule on this matter.

Dated: White Plains, New York
       February____, 2008

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

By: _____
John B. Dawson, Esq. (JD-2709)
Counsel for Plaintiff Ada Alicea
1311 Mamaroneck Avenue
White Plains, New York 10605

BLEAKLEY, PLATT & SCHMIDT, LLP

By: _____
Matthew G. Parisi (MGP-2188)
Co-Counsel for Circuit City Stores, Inc.
One North Lexington Avenue
White Plains, New York 10601

So Ordered: _____
Hon. Denny Chin
United States District Judge

3/3/08